# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2700 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 174 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 68761 |
| | : | |
| DONALD L. VITTORELLI, JR., | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of February, 2020, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Donald L. Vittorelli, Jr. is suspended on consent from the Bar of this Commonwealth for a period of eighteen months. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).